**Catherine Denise RANDOLPH, Plaintiff–Appellant,**

v.

**UNITED STATES DEPARTMENT OF JUSTICE, Identity Theft Task Force, Defendant–Appellee.**

No. 16–1046.

United States Court of Appeals, Fourth Circuit.

Submitted: March 29, 2016.

Decided: April 1, 2016.

Catherine Denise Randolph, Appellant Pro Se.

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph appeals the district court's order dismissing her complaint for failing to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Randolph v. U.S. Dep't of Justice*, No. 1:16–cv–00036–WMN, 2016 WL 112545 (D.Md. Jan. 8, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*